

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2021

No. 04-21-00266-CV

Cecilia A. **CASTELLANO,**
Appellant

v.

**BELT BUILT CONTRACTING, LLC,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-20606
Honorable Laura Salinas, Judge Presiding

## O R D E R

In this accelerated appeal, appellant's brief was originally due on September 13, 2021. On September 1, 2021, appellant filed an unopposed motion requesting an extension of time. The request is GRANTED and appellant's brief is due **no later than September 27, 2021.**

In her motion, appellant also requested that appellee's brief be due on November 1, 2021. Appellee's brief is due twenty days from the date appellant files her brief, in the absence of a properly filed motion for extension of time filed by appellee.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court